UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| RAMSI A. WOODCOCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> THE UNIVERSITY OF KENTUCKY, ) <br> et al., ) <br> ) <br> Defendants. ) | Civil Action No. 5: 25-424-DCR <br><br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Ramsi Woodcock having moved for entry of a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure [Record No. 19], it is hereby

**ORDERED** that a hearing on the plaintiff's motion is scheduled for **Friday, December 19, 2025,** beginning at the hour of **9:30 a.m.,** at the United States Courthouse in Lexington, Kentucky.

Dated: December 15, 2025.

<u>Danny C. Reeves, District Judge</u>
United States District Court
Eastern District of Kentucky