# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

Ramsi Woodcock,

    Plaintiff,

v.

The University of Kentucky et al.,

    Defendants.

Case No. 5:25-cv-00424

Honorable Danny C. Reeves

**Notice of Filing Physical Exhibit for Plaintiff's Motion for a Preliminary Injunction**

Plaintiff respectfully notifies the Court of his intent to file a physical exhibit to accompany Plaintiff's Motion for a Preliminary Injunction. *See* Dkt. 19. Plaintiff's brief in support of his motion for a preliminary injunction cites to Exhibit 5, which is an audio recording. The audio recording is being included in a flash drive being mailed to the court. This notice will be included in that mailing. The audio recording has been sent to Defendants' counsel by email.

December 12, 2025

Respectfully submitted,

*/s/ Rima N. Kapitan*

**Joe F. Childers & Associates**
Joe F. Childers
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Phone: 859-253-9824
Joe@Jchilderslaw.com

**Kapitan Gomaa Law, P.C.**
Rima Kapitan (IL Atty No. 6286541)
Hannah Moser (IL Atty No. 6349688)
P.O. Box 6779
Chicago, IL 60680
Phone: (312) 566-9590
rima@kapitangomaa.com

**CAIR Legal Defense Fund**
Lena F. Masri (VA 93291)
lmasri@cair.com
Gadeir Abbas*(VA 81161)
gabbas@cair.com
Catherine Keck (DC 90027891)
ckeck@cair.com
Ahmad Kaki (VA 101167)
akaki@cair.com
453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833

*Licensed in VA, Not D.C.
Practice limited to federal matters.

**Hawks Quindel S.C.**
Summer Murshid (WI Atty No. 1075404)
M. Nieves Bolaños (IL Atty No. 6299128)
Patrick Cowlin (IL Atty No. 6308800)
Illinois Attorney No.
111 E. Wacker Drive
Suite 2300
Chicago, IL 60601
Phone: (312) 224-2423
mnbolanos@hq-law.com