UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:25-cv-00424-DCR

RAMSI A. WOODCOCK                                               PLAINTIFF

v.                                      **ORDER**

UNIVERSITY OF KENTUCKY, *et al.*                          DEFENDANTS

\* \* \*

This matter is before the Court on a Motion to Abstain in this matter filed by the University of Kentucky and its Officials—President Eli Capilouto, Provost Robert DiPaola, General Counsel William Thro, and Dean of the College of Law James Duff. The Court has reviewed the matter and orders the Motion is GRANTED.

This matter is stayed pending the resolution of the administrative proceedings at the University of Kentucky concerning Professor Woodcock.

Dated this \_\_\_\_ day of December, 2025.