# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  KENTUCKY

Central Division (at Lexington)

RAMSI A. WOODCOCK
V.
UNIVERSITY OF KENTUCKY, et al.,

**WITNESS AND EXHIBIT LIST**

Case Number: 5: 25-CV-424-DCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Danny C. Reeves | Gadeir Ibrahim Abbas/Joe F. Childers/Rima Kapitan | Bryan Howard Beauman/Carmine G. Iaccarino/William Eugene Thro |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| December 19, 2025 | Kimberly Keene | Kendra Fugate |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION: |
|---|---|---|---|---|---|---|
| **W1** | | 12/19/25 | | | **Witness: Ramsi A. Woodcock** | |
| 1 | | 12/19/25 | X | X | July 22nd letter from Ms. Thompson to Ramsi A. Woodcock | |
| | 1 | 12/19/25 | X | X | Pledge to defend those who reject Zionism | |
| | 2 | 12/19/25 | X | X | July 20th email from Ramsi A. Woodcock | |
| | 3 | 12/19/25 | X | X | Petition for military action against Israel | |
| | 4 | 12/19/25 | X | X | October 1st email by Ramsi A. Woodcock at 6:52pm | |
| | 5 | 12/19/25 | X | X | October 3rd email by Ramsi A. Woodcock at 3:09pm | |
| | 6 | 12/19/25 | X | X | October 16th email by Ramsi A. Woodcock at 4:14pm | |
| | 7 | 12/19/25 | X | X | Letter to Joe Childers 8/25/25 | |
| | 8 | 12/19/25 | X | X | Letter from Joe Childers 8/22/25 | |
| | 9 | 12/19/25 | X | X | Screenshot from Ramsi A. Woodcock's website | |
| | 10 | 12/19/25 | X | X | Ramsi A. Woodcock X post from 07/20/25. | |
| | 11 | 12/19/25 | X | X | Ramsi A. Woodcock X post from 12/15/25. | |
| **W2** | | 12/19/25 | | | **Witness: Sarah Mudd-Executive director of the office of equal opportunity** | |
| | 2 | 12/19/25 | X | X | Amended notice of investigation letter | |
| **W3** | | 12/19/25 | | | **Witness: James C. Duff** | |

Page 1 of ___1___ Pages