# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

Ramsi A. Woodcock,

      *Plaintiff*,

v.

Eli Capilouto et al.,

      *Defendants*.

Case No. 5:25-cv-00424

Honorable Danny C. Reeves

## Notice of Appeal

The Plaintiff, Ramsi Woodcock, ("Plaintiff"), gives notice of his appeal to the U.S. Court of Appeals for the Sixth Circuit of this Court's January 8, 2026 order granting Defendants' motion to abstain and denying Plaintiff's preliminary injunction motion. PI Order at 41, Dkt. 37.

Respectfully submitted,

*/s/ Rima N. Kapitan* (admitted *pro hac vice*)

**Joe F. Childers & Associates**
Joe F. Childers
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Phone: 859-253-9824
Joe@Jchilderslaw.com

**Kapitan Gomaa Law, P.C.**
Rima Kapitan (IL Atty No. 6286541)
Hannah Moser (IL Atty No. 6349688)
P.O. Box 6779
Chicago, IL 60680
Phone: (312) 566-9590
rima@kapitangomaa.com

**Hawks Quindel S.C.**
Summer Murshid (WI Atty No. 1075404)
M. Nieves Bolaños (IL Atty No. 6299128)
Patrick Cowlin (IL Atty No. 6308800)
Illinois Attorney No.
111 E. Wacker Drive
Suite 2300
Chicago, IL 60601
Phone: (312) 224-2423
mnbolanos@hq-law.com