# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 22, 2026

Mr. Bryan Howard Beauman

Mr. Joe F. Childers Jr.

Mr. Carmine Gennaro Iaccarino

Ms. Rima N. Kapitan

 Re: Case No. 26-5057
  *Rami Woodcock v. University of Kentucky, et al*
  Originating Case No. 5:25-cv-00424

Dear Counsel,

 This appeal has been docketed as case number **26-5057** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

 At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **February 5, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

   Appellant:  Appearance of Counsel
       Civil Appeal Statement of Parties & Issues
       Disclosure of Corporate Affiliations
       Application for Admission to 6th Circuit Bar (if applicable)

Appellee:     Appearance of Counsel
                     Disclosure of Corporate Affiliations
                     Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,


Appeal Case Manager: Virginia
Direct Dial No. 513-564-7032


Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 26-5057

RAMI A. WOODCOCK

      Plaintiff - Appellant

v.

UNIVERSITY OF KENTUCKY; ELI CAPILOUTO, in his official and individual capacities; ROBERT DIPAOLA, in his official and individual capacities; WILLIAM EUGENE THRO, in his official and individual capacities; JAMES C. DUFF, in his official and individual capacities; LINDA MCMAHON, in her official capacity as United States Secretary of Education; RUSSELL MATTHEW COLEMAN, Attorney General

      Defendants - Appellees