UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| RAMSI A. WOODCOCK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:25-cv-00424-KKC |
| ) | |
| UNIVERSITY OF KENTUCKY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

---

## MONTHLY STATUS REPORT

---

Pursuant to the Court's Order [R. 37], this Report is submitted by the parties. The Defendants state that the United States Court of Appeals for the Sixth Circuit has scheduled this matter for oral argument on July 28, 2026. Plaintiff does not agree that the Court required the parties to include a summary of the appellate docket in each monthly status report. Rather, Plaintiff contends that the Court directed the parties to keep it informed as to whether the circumstances continue to warrant a stay of this matter "pending the completion of the investigation and subsequent proceedings," by which the Court was presumably referring to University disciplinary proceedings. Dkt. 37 at p. 41 (directing the parties to "tender joint status reports every **thirty days**, apprising the Court of the status of the investigation as well as any other future proceedings.").

Jointly submitted,

/s/ Bryan H. Beauman
Bryan H. Beauman
Carmine G. Iaccarino
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
bbeauman@sturgillturner.com
carmine@sturgillturner.com
*Attorneys for University Defendants*

&

William E. Thro
*General Counsel*
Office of Legal Counsel
University of Kentucky
301 Main Building
Lexington, Kentucky 40506
william.thro@uky.edu
*Attorney for University of Kentucky*

/s/ Aaron J. Silletto
Justin D. Clark
Aaron J. Silletto
Attorney General's Office – Kentucky
1024 Capitol Center Drive, Suite 200
Frankfort, Kentucky 40601
justind.clark@ky.gov
aaron.silletto@ky.gov
*Attorney for Commonwealth of Kentucky*
*Ex rel. Attorney General Russell Coleman*

Joe F. Childers
Joe F. Childers & Associates
201 W. Short Street, Suite 300
Lexington, Kentucky 40507
joe@jchilderslaw.com

&

2

Gadeir Ibrahim Abbas
CAIR Legal Defense Fund
453 New Jersey Avenue, SE
Washington, KC 20003
gabbas@cair.com

&

*/s/ Rima Kapitan*
Rima Kapitan
Kapitan Gomaa Law. P.C.
P.O. box 46503
Chicago, IL 60646
rima@kapitangomaa.com
*Attorneys for Plaintiff*